UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Brian R. Titus, | Civil Action No. 4:16-2687-BHH |
| Plaintiff, | |
| v. | **O R D E R** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Upon consideration of the joint Stipulation for attorney's fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412(d) (ECF No. 27), it is hereby,

ORDERED that Plaintiff, Brian R. Titus, is awarded attorney fees under the EAJA in the amount $5,300.00. The attorney fees will be paid directly to Plaintiff, Brian R. Titus, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).[2]

IT IS SO ORDERED.

/s/Bruce Howe Hendricks
United States District Judge

May 1, 2017
Greenville, South Carolina

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant-appellee in this appeal. No further action needs to be taken to continue this appeal by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Counsel stipulated that the previously filed EAJA petitioner (ECF No. 26) has been withdrawn, so the assignment of fees attached to that motion will not be addressed.